**HCDistrictclerk.com**     DAVENPORT, KAMERON vs. HENSLEY, ASHLEY                7/6/2021
Cause: 202135683          CDI: 7        Court: 152

**APPEALS**
No Appeals found.

**COST STATMENTS**
No Cost Statments found.

**TRANSFERS**
No Transfers found.

**POST TRIAL WRITS**
No Post Trial Writs found.

**ABSTRACTS**
No Abstracts found.

**SETTINGS**
No Settings found.

**NOTICES**
No Notices found.

**SUMMARY**

CASE DETAILS                                    CURRENT PRESIDING JUDGE

| | | | |
|---|---|---|---|
| **File Date** | 6/14/2021 | **Court** | 152nd |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7133686040 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Motor Vehicle Accident | | |
| **Next/Last Setting Date** | N/A | **JudgeName** | ROBERT K. SCHAFFER |
| **Jury Fee Paid Date** | 6/15/2021 | **Court Type** | Civil |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| DAVENPORT, KAMERON | PLAINTIFF - CIVIL | | ODETUNDE, ADEWALE SHAMUSIDEEN JR. |
| HENSLEY, ASHLEY | DEFENDANT - CIVIL | | |
| THE KAPLAN TRUCKING COMPANY | DEFENDANT - CIVIL | | |
| SINGLE SOURCE LEASING LLC | DEFENDANT - CIVIL | | |
| SINGLE SOURCE LEASING INC | DEFENDANT - CIVIL | | |
| TRANSPORT ENTERPRISE LEASING LLC | DEFENDANT - CIVIL | | |
| THE KAPLAN TRUCKING COMPANY (A CORPORATION) MAY BE SERVED BY SERVING | REGISTERED AGENT | | |

EXHIBIT B

| | | |
|---|---|---|
| SINGLE SOURCE LEASING LLC (A CORPORATION) MAY BE SERVED BY SERVING | REGISTERED AGENT | |
| SINGLE SOURCE LEASING INC (A CORPORATION) MAY BE SERVED BY SERVING ITS | REGISTERED AGENT | |
| TRANSPORT ENTERPRISE LEASING LLC (A CORPORATION) MAY BE SERVED BY | REGISTERED AGENT | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 6/14/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 6/14/2021 | ORIGINAL PETITION | | | 0 | | ODETUNDE, ADEWALE SHAMUSIDEEN JR. | DAVENPORT, KAMERON |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | CANCELLED BEFORE SERVICE SENT | ORIGINAL PETITION | HENSLEY, ASHLEY | 6/14/2021 | | | | | 73880433 | E-MAIL |
| 1738 VALLEY CREEK ROAD ELIZABETHTOWN KY 42701 | | | | | | | | | | |
| CITATION (OHIO) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | THE KAPLAN TRUCKING COMPANY (A CORPORATION) MAY BE SERVED BY SERVING | 6/14/2021 | 6/16/2021 | 6/18/2021 | | | 73880441 | E-MAIL |
| 8777 ROCKSIDE ROAD CLEVELAND OH 44125 | | | | | | | | | | |
| CITATION (OHIO) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | SINGLE SOURCE LEASING LLC (A CORPORATION) MAY BE SERVED BY SERVING | 6/14/2021 | 6/16/2021 | 6/18/2021 | | | 73880442 | E-MAIL |
| 8777 ROCKSIDE ROAD CLEVELAND OH 44125 | | | | | | | | | | |
| CITATION (OHIO) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | SINGLE SOURCE LEASING INC (A CORPORATION) MAY BE SERVED BY SERVING ITS | 6/14/2021 | 6/16/2021 | 6/18/2021 | | | 73880443 | E-MAIL |
| 8777 ROCKSIDE ROAD CLEVELAND OH 44125 | | | | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | TRANSPORT ENTERPRISE LEASING LLC (A CORPORATION) MAY BE SERVED BY | 6/14/2021 | 6/16/2021 | 6/23/2021 | | | 73880444 | E-MAIL |
| 2 SUN COURT SUITE 400 PEACHTREE CORNERS GA 30092 | | | | | | | | | | |
| CITATION(NON- | SERVICE ISSUED/IN | ORIGINAL | HENSLEY, | 6/14/2021 | 6/16/2021 | | | | 73880503 | E-MAIL |

EXHIBIT B

RESIDENT)        POSSESSION OF        PETITION        ASHLEY
                 SERVING AGENCY

1738 VALLEY CREEK ROAD ELIZABETHTOWN KY 42701

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 96586074 | Return of Service | | 06/29/2021 | 4 |
| 96586075 | Return of Service | | 06/29/2021 | 4 |
| 96586076 | Return of Service | | 06/29/2021 | 4 |
| 96586077 | Return of Service | | 06/29/2021 | 4 |
| 96343334 | Plaintiffs Original Petition | | 06/14/2021 | 9 |
| -> 96343335 | Request for Issuance of Service | | 06/14/2021 | 5 |

EXHIBIT B

6/14/2021 5:13 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54402586
By: Cecilia Thayer
Filed: 6/14/2021 5:13 PM

CAUSE NO. _____

| | | |
|---|---|---|
| KAMERON DAVENPORT; | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| ASHLEY HENSLEY; SINGLE SOURCE | § | |
| LEASING, LLC; SINGLE SOURCE | § | |
| LEASING, INC.; THE KAPLAN | § | |
| TRUCKING COMPANY; AND | § | |
| TRANSPORT ENTERPRISE LEASING, | § | |
| LLC; | § | |
| | § | |
| **Defendants.** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Kameron Davenport files Plaintiff's Original Petition complaining of

Defendants Ashley Hensley, Single Source Leasing, LLC, Single Source

Leasing, Inc., The Kaplan Trucking Company, and Transport Enterprise Leasing,

LLC.

## I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the TEXAS RULES OF CIVIL PROCEDURE.

## II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$250,000 but not more than $1,000,000.  The amount of monetary relief actually

**PLAINTIFF'S ORIGINAL PETITION – Page 1**

EXHIBIT B

awarded, however, will ultimately be determined by a jury.  Plaintiff also seeks

pre-judgment and post-judgment interest at the highest legal rate.

### III.  PARTIES

Plaintiff Kameron Davenport is an individual resident of Plano, Collin

County, Texas. His driver's license number is *****181 and his social security

number is ***-**-*139.

Defendant Ashley Hensley is an individual resident of Elizabethtown,

Hardin County, Kentucky and may be served with process at 1738 Valley Creek

Road, Elizabethtown, Kentucky 42701.

Defendant The Kaplan Trucking Company is a corporation doing business

in Gary, Lake County, Indiana and authorized to conduct business in Texas and

may be served with process by serving its registered agent, Dave Ferrante, at

8777 Rockside Road, Cleveland, Ohio 44125.

Defendant Single Source Leasing, LLC is a corporation doing business in

Cleveland, Cuyahoga County, Ohio and authorized to conduct business in Texas

and may be served with process by serving its registered agent, Dave Ferrante,

at 8777 Rockside Road, Cleveland, Ohio 44125.

Defendant Single Source Leasing, Inc. is a corporation doing business in

Cleveland, Cuyahoga County, Ohio and authorized to conduct business in Texas

and may be served with process by serving its registered agent, Dave Ferrante,

at 8777 Rockside Road, Cleveland, Ohio 44125.

Defendant Transport Enterprise Leasing, LLC is a corporation doing

business in Chattanooga, Hamilton County, Tennessee and may be served with

EXHIBIT B

process by serving its registered agent, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

## IV. JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Harris County, Texas. Venue therefore is proper in Harris County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

## V. FACTS

This lawsuit arises out of a motor vehicle collision that occurred on or about Friday, April 2, 2021 on or near the Interstate 10 eastbound near Sheldon Road in Channelview, Harris County, Texas. Plaintiff Kameron Davenport was operating his vehicle eastbound on Interstate 10 in the center lane. Defendant Ashley Hensley was operating his 18-wheeler eastbound on Interstate 10 in the right lane. Defendant Ashley Hensley was in the course and scope of his employment with and operating under the Federal Motor Carrier authority of Defendant The Kaplan Trucking Company and/or Defendant Single Source Leasing, LLC, and/or Defendant Single Source Leasing, Inc. Defendant Ashley Hensley made an unsafe lane change into Plaintiff's lane colliding hard with the passenger's side of Plaintiff's vehicle. As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

**PLAINTIFF'S ORIGINAL PETITION – Page 3**

EXHIBIT B

## VI.  CAUSES OF ACTION

**A.     NEGLIGENCE – DEFENDANT ASHLEY HENSLEY**

At the time of the motor vehicle collision, Defendant Ashley Hensley was operating his 18-wheeler negligently. Specifically, Defendant had a duty to exercise ordinary care and operate his 18-wheeler reasonably and prudently. Defendant breached that duty in one or more of the following respects:

1.     Defendant failed to keep such proper lookout and attention to the roadway as a person of ordinary prudence would have kept under the same or similar circumstances;

2.     Defendant changed lanes when unsafe to do so;

3.     Defendant failed to drive in a single lane;

4.     Defendant failed to keep an assured safe distance from Plaintiff's vehicle;

5.     Defendant failed to timely apply the brakes of his 18-wheeler in order to avoid the collision in question;

6.     Defendant failed to operate his 18-wheeler at a safe speed; and

7.     Defendant failed to have or apply all of his mental faculties because was distracted by cell phone usage.

**B.     GROSS NEGLIGENCE – CELL PHONE USE OF DEFENDANT ASHLEY HENSLEY**

In addition to actual damages, Plaintiff seeks to recover exemplary or punitive damages from Defendant because Defendant's conduct was of such character as to constitute gross negligence. Defendant's actions in connection with the collision involved an extreme degree of risk considering the probability and magnitude of the potential harm to Plaintiff and to other users of the public roadways.  Defendant had actual subjective knowledge of the risk involved but

EXHIBIT B

nevertheless acted in conscious indifference to the rights, safety, and welfare of others, including the Plaintiff, when the Defendant chose to operate a vehicle while using a cell phone at the time of the collision.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

**C.     NEGLIGENT ENTRUSTMENT – DEFENDANTS THE KAPLAN TRUCKING COMPANY, SINGLE SOURCE LEASING, LLC, SINGLE SOURCE LEASING, INC., AND TRANSPORT ENTERPRISE LEASING, LLC**

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendant The Kaplan Trucking Company and/or Defendant Single Source Leasing, LLC and/or Defendant Single Source Leasing, Inc. was the owner of the vehicle driven by Defendant Ashley Hensley. Defendant The Kaplan Trucking Company entrusted the vehicle to Defendant Ashley Hensley. Additionally, Plaintiff would show that at the time and on the occasion in question, Defendant The Kaplan Trucking Company and/or Defendant Single Source Leasing, LLC and/or Defendant Single Source Leasing, Inc. and/or Defendant Transport Enterprise Leasing, LLC entrusted the trailer being towed to Defendant Ashley Hensley. Defendant Ashley Hensley was unlicensed, incompetent, and/or reckless and Defendant The Kaplan Trucking Company knew or should have known that Defendant Ashley Hensley was unlicensed, incompetent, and/or reckless.  Defendant Ashley Hensley's negligence on the occasion in question proximately caused the collision.

EXHIBIT B

**D.  RESPONDEAT SUPERIOR – DEFENDANTS THE KAPLAN TRUCKING COMPANY, SINGLE SOURCE LEASING, LLC, AND SINGLE SOURCE LEASING, INC.**

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant Ashley Hensley was in the course and scope of his employment with Defendant The Kaplan Trucking Company and/or Defendant Single Source Leasing, LLC and/or Defendant Single Source Leasing, Inc. thereby making Defendant The Kaplan Trucking Company and/or Defendant Single Source Leasing, LLC and/or Defendant Single Source Leasing, Inc. liable under the doctrine of *Respondeat Superior*.

**E.  NEGLIGENCE – DEFENDANTS THE KAPLAN TRUCKING COMPANY, SINGLE SOURCE LEASING, LLC, AND SINGLE SOURCE LEASING, INC.**

Defendants The Kaplan Trucking Company and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc. negligently hired and retained Defendant Ashley Hensley. Moreover, Defendants The Kaplan Trucking Company and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc. failed to properly qualify, train and/or supervise Defendant Ashley Hensley in order to prevent such collision.

**F.  GROSS NEGLIGENCE – DEFENDANTS THE KAPLAN TRUCKING COMPANY, SINGLE SOURCE LEASING, LLC, AND SINGLE SOURCE LEASING, INC.**

In addition to actual damages, Plaintiff seeks to recover exemplary or punitive damages from Defendants The Kaplan Trucking Company, and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc.  because Defendants' conduct was of such character as to constitute gross negligence.

EXHIBIT B

Defendants The Kaplan Trucking Company and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc.'s actions in connection with the collision involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and to other users of the public roadways. Defendants The Kaplan Trucking Company and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc. had actual, subjective knowledge of the risk involved, but nevertheless acted in conscious indifference to the rights, safety, and welfare of others, including the Plaintiff, when Defendants The Kaplan Trucking Company and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc. chose to allow Defendant Ashley Hensley to operate a vehicle under Defendant The Kaplan Trucking Company and/or Single Source Leasing, LLC and/or Single Source Leasing, Inc.  motor carrier authority on public roadways at the time of the collision.

## VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

a.   Medical expenses in the past and future;

b.   Lost wages in the past and loss of earning capacity in the future;

c.   Property damage and loss of use of Plaintiff's vehicle;

d.   Disfigurement;

e.   Physical pain and suffering in the past and future;

f.   Mental anguish in the past and future; and

EXHIBIT B

g.      Physical impairment in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XI.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

a.      Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

b.      Plaintiff's future medical expenses;

c.      Plaintiff's lost wages in the past and loss of earning capacity in the future;

d.      Plaintiff's property damage and loss of use of Plaintiff's vehicle;

e.      Plaintiff's disfigurement;

f.      Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

g.      Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

EXHIBIT B

h.   Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

i.   Interest on the judgment at the legal rate from the date of judgment;

j.   Pre-judgment interest on Plaintiff's damages as allowed by law;

k.   All costs of court; and

l.   Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**WITHERITE LAW GROUP, PLLC**

BY: */s/ Adewale Odetunde*
**ADEWALE ODETUNDE**
State Bar No. 24088146
adewale.odetunde@witheritelaw.com
**SHELLY GRECO**
State Bar No. 24008168
shelly.greco@witheritelaw.com
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT B

6/29/2021 12:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54885495
By: KATINA WILLIAMS
Filed: 6/29/2021 12:37 PM

**Cause No. 202135683**

| | |
|---|---|
| **KAMERON DAVENPORT;**  Plaintiff, | **IN THE DISTRICT COURT** |
| **VS.** | **152ⁿᵈ JUDICIAL DISTRICT** |
| **ASHLEY HENSLEY; ET AL;**  Defendants. | **HARRIS COUNTY, TEXAS** |

**RETURN OF SERVICE**

Came to hand on the 21st day of June , 2021 at 910 A.m. and executed at 2 Sun Ct, Suite 400    Peachtree Corners    GA    30092 ,

(Address)       (Apt#)        (City)        (State)      (Zip Code)

within the county of Gwinnett on the 23rd day of June , 2021 at 1010 A.m. by delivering to **Transport Enterprise Leasing, LLC, by delivering to its Registered Agent, Corporation Service Company**, accepted by Alisha Smith ,

an employee of Corporation Service Company, in person, a true copy of the Citation together with a true and correct copy of the Plaintiff's Original Petition filed in this cause, having first endorsed thereupon the date of delivery.

By: _____

Private Process Server

**VERIFICATION**

BEFORE   ME,   a   Notary   Public,   on   this   day   personally   appeared MARC ANDRE ALLARD known to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and correct and that he is not a party to this lawsuit and has no interest in the outcome. Given under my hand and seal of office this 24 day of June , 2021.

_____

Notary Public, State of Georgia

Amber Sams
My Commission Expires
Notary
Public
January 31, 2025
Gwinnett County, Georgia

EXHIBIT B



EXHIBIT B

CAUSE NO. 202135683

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 921680   TR# 73880444
EML

| Plaintiff: | In The 152nd |
|---|---|
| DAVENPORT, KAMERON | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HENSLEY, ASHLEY | Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   TRANSPORT ENTERPRISE LEASING LLC (A CORPORATION) MAY BE SERVED BY SERVING ITS
REGISTERED AGENT
CORPORATION SERVICE COMPANY
2 SUN COURT SUITE 400, PEACHTREE CORNERS GA 30092

        Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on June 14, 2021 in the above cited cause number and court.  The
instrument attached describes the claim against you.

        YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

        This citation was issued on June 16, 2021, under my hand and seal of said court.

Issued at the request of:

ODETUNDE, ADEWALE SHAMUSIDEEN JR.
10440 NORTH CENTRAL EXPY. SUITE 400
DALLAS, TX 75231
214-378-6665
Bar Number: 24088146



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX
77210)

Generated By: CECILIA THAYER

EXHIBIT B

Tracking Number: 73880444
EML

CAUSE NUMBER: 202135683

| | |
|---|---|
| PLAINTIFF: DAVENPORT, KAMERON | In the 152nd |
| vs. | Judicial District Court of |
| DEFENDANT: HENSLEY, ASHLEY | Harris County, Texas |

**OFFICER - AUTHORIZED PERSON RETURN**

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true
copy of this Citation together with the accompanying _____ copy(ies) of the Petition.
Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of
_____, 20.

Fees $_____

_____
By_____                                    _____
        Affiant                                                              Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared.  After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__

_____
                                          Notary Public

EXHIBIT B

6/29/2021 12:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54885495
By: KATINA WILLIAMS
Filed: 6/29/2021 12:37 PM

<u>**Cause No. 202135683**</u>

| | |
|---|---|
| **KAMERON DAVENPORT;**<br>**Plaintiff,** | **IN THE DISTRICT COURT** |
| **VS.** | **152ⁿᵈ JUDICIAL DISTRICT** |
| **ASHLEY HENSLEY; ET AL;**<br>**Defendants.** | **HARRIS COUNTY, TEXAS** |

## **RETURN OF SERVICE**

Came to hand on the __17__ day of ____**JUNE**____, 2021 at __12:34__ __P__.m. and executed at ____8777 ROCKSIDE RD_____ ____**CLEVELAND**_____ __OH__ __44125_____,

       (Address)      (Apt#)      (City)     (State)    (Zip Code)

within the county of __**CUYAHOGA**____ on the __18__ day of __**JUNE**__, 2021 at __1:55____ __P__.m. by delivering to **Single Source Leasing, LLC, by delivering to its Registered Agent, Dave Ferrante, in person,** a true copy of the Citation together with a true and correct copy of the Plaintiff's Original Petition filed in this cause, having first endorsed thereupon the date of delivery.

By: _____

                   Private Process Server

                   **BENJAMIN PURSER**

## **VERIFICATION**

BEFORE ME, a Notary Public, on this day personally appeared ____**BENJAMIN PURSER**_____ known to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and correct and that he is not a party to this lawsuit and has no interest in the outcome. Given under my hand and seal of office this __18__ day of ____**JUNE**____, 2021.

_____

         Notary Public, State of Ohio

         **CATHRENE DRAKE**

Cathrene M. Drake
Resident Summit County
Notary Public, State of Ohio
My Commission Expires:
July 7, 2024

EXHIBIT B

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO 202135683

Receipt No. 921680    TR # 73880442
EML

| PLAINTIFF: DAVENPORT, KAMERON | In the 152nd Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: HENSLEY, ASHLEY | Harris County, Texas |

CITATION (OHIO)

THE STATE OF TEXAS
County of Harris

TO THE SHERIFF OR ANY CONSTABLE OR OTHER AUTHORIZED PERSON

TO:    SINGLE SOURCE LEASING LLC (A CORPORATION) MAY BE SERVED BY SERVING ITS
REGISTERED AGENT DAVE FERRANTE
    8777 ROCKSIDE ROAD
    CLEVELAND OH 44125
        Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.  This instrument was filed on June 14,
2021, in the above cited cause number and court.  The instrument attached describes the claim against you.

        You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer
with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.
These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out
more at TexasLawHelp.org.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said District court of the
Judicial District of the State of Texas, in and for Harris County, on June 16, 2021.

Marilyn Burgess

 Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY,  T E X A S
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
ODETUNDE, ADEWALE SHAMUSIDEEN JR.
10440 NORTH CENTRAL EXPY. SUITE 400
DALLAS, TX  75231
214-378-6665

Bar No:  24088146                                      Generated By:
CECILIA THAYER

EXHIBIT B

Tracking Number: 73880442

EML

CAUSE NUMBER: 202135683

CERTIFICATION

TO THE SHERIFF OF COUNTY, OHIO:

The 152ndJudicial Court of Harris County, Texas has authority to issue the legal documents for service upon residents and corporations in the State of Ohio.

The issued legal documents for residents and corporations in the State of Ohio do conform with the laws of the State of Texas.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Houston, Texas, onJune 16, 2021.

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY,  T E X A S

Generated By: CECILIA THAYER

EXHIBIT B

EML

Tracking Number: 73880442

CAUSE NUMBER: 202135683

PLAINTIFF: DAVENPORT, KAMERON

vs.

DEFENDANT: HENSLEY, ASHLEY

In the 152nd Judicial

District Court of

Harris County, Texas

*OFFICER/AUTHORIZED PERSON RETURN*

Came to hand at _____ o'clock _____.M., on the _____ day of _____, 20__.

Executed at (address) _____ in _____ County

at _____ o'clock _____.M., on the _____ day of _____, 20__, by delivering to

_____ defendant, in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the _____

Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20__.

FEE: $ _____

_____

_____ of _____County, Texas

by _____

Deputy

_____
              Affiant

On this day, _____, known to me to be the person whose signature appears on the

foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed

by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on _____, 20__.

_____
              Notary Public

EXHIBIT B

6/29/2021 12:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54885495
By: KATINA WILLIAMS
Filed: 6/29/2021 12:37 PM

**Cause No. 202135683**

| | |
|---|---|
| **KAMERON DAVENPORT;** | **IN THE DISTRICT COURT** |
| **Plaintiff,** | |
| | |
| **VS.** | **152ⁿᵈ JUDICIAL DISTRICT** |
| | |
| **ASHLEY HENSLEY; ET AL;** | **HARRIS COUNTY, TEXAS** |
| **Defendants.** | |

**RETURN OF SERVICE**

Came to hand on the ___17___ day of ___JUNE___, 2021 at ___12:34___ ___P___.m. and executed at ___8777 ROCKSIDE RD___ _____ ___CLEVELAND___ ___OH___ ___44125___,
(Address)          (Apt#)          (City)          (State)     (Zip Code)
within the county of ___CUYAHOGA___ on the ___18___ day of ___JUNE___, 2021 at
___1:55___ ___P___.m. by delivering to **Single Source Leasing, Inc., by delivering to its Registered Agent, Dave Ferrante**, in person, a true copy of the Citation together with a true and correct copy of the Plaintiff's Original Petition filed in this cause, having first endorsed thereupon the date of delivery.

By: _____

Private Process Server
**BENJAMIN PURSER**

**VERIFICATION**

BEFORE   ME,   a   Notary   Public,   on   this   day   personally   appeared
___BENJAMIN PURSER___ known to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and correct and that he is not a party to this lawsuit and has no interest in the outcome.  Given under my hand and seal of office this ___18___ day of ___JUNE___, 2021.

_____

Notary Public, State of Ohio
**CATHRENE DRAKE**

Cathrene M. Drake
Resident Summit County
Notary Public, State of Ohio
My Commission Expires:
July 7, 2024

EXHIBIT B

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO 202135683

Receipt No. 921680      TR # 73880443
EML

PLAINTIFF: DAVENPORT, KAMERON

vs.

DEFENDANT: HENSLEY, ASHLEY

In the 152nd Judicial

District Court of

Harris County, Texas

CITATION (OHIO)

THE STATE OF TEXAS
County of Harris

<u>TO THE SHERIFF OR ANY CONSTABLE OR OTHER AUTHORIZED PERSON</u>

TO:    SINGLE SOURCE LEASING INC (A CORPORATION) MAY BE SERVED BY SERVING ITS
REGISTERED AGENT DAVE FERRANTE
         8777 ROCKSIDE ROAD
         CLEVELAND OH 44125
         Attached is a copy of PLAINTIFF'S ORIGINAL PETITION. This instrument was filed on June 14,
2021, in the above cited cause number and court. The instrument attached describes the claim against you.

         You have been sued. You may employ an attorney. If you or your attorney do not file a written answer
with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be taken against you. In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.
These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out
more at TexasLawHelp.org.

         IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said District court of the
Judicial District of the State of Texas, in and for Harris County, on June 16, 2021.

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, T E X A S
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
ODETUNDE, ADEWALE SHAMUSIDEEN JR.
10440 NORTH CENTRAL EXPY. SUITE 400
DALLAS, TX 75231
214-378-6665

Bar No: 24088146                                                          Generated By:
CECILIA THAYER

EXHIBIT B

Tracking Number: 73880443

EML

CAUSE NUMBER: 202135683

CERTIFICATION

TO THE SHERIFF OF COUNTY, OHIO:

The 152ndJudicial Court of Harris County, Texas has authority to issue the legal documents for service upon residents and corporations in the State of Ohio.

The issued legal documents for residents and corporations in the State of Ohio do conform with the laws of the State of Texas.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Houston, Texas, onJune 16, 2021.

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY,  T E X A S

Generated By: CECILIA THAYER

EXHIBIT B

EML

Tracking Number: 73880443

CAUSE NUMBER: 202135683

PLAINTIFF: DAVENPORT, KAMERON

vs.

DEFENDANT: HENSLEY, ASHLEY

In the 152nd Judicial

District Court of

Harris County, Texas

*OFFICER/AUTHORIZED PERSON RETURN*

Came to hand at _____ o'clock _____.M., on the _____ day of _____, 20__.

Executed at (address) _____ in _____ County

at _____ o'clock _____.M., on the _____ day of _____, 20__, by delivering to

_____ defendant, in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the _____

Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20__.

FEE: $ _____

_____

_____ of _____County, Texas

by _____
                    Deputy

_____
            Affiant

On this day, _____, known to me to be the person whose signature appears on the

foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed

by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on _____, 20__.

_____
            Notary Public

EXHIBIT B

6/29/2021 12:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54885495
By: KATINA WILLIAMS
Filed: 6/29/2021 12:37 PM

**Cause No. 202135683**

| | |
|---|---|
| **KAMERON DAVENPORT;**<br>**Plaintiff,** | **IN THE DISTRICT COURT** |
| **VS.** | **152nd JUDICIAL DISTRICT** |
| **ASHLEY HENSLEY; ET AL;**<br>**Defendants.** | **HARRIS COUNTY, TEXAS** |

**RETURN OF SERVICE**

Came to hand on the **17** day of **JUNE**, 2021 at **12:34 P** .m. and executed at **8777 ROCKSIDE RD** **CLEVELAND** **OH** **44125**,
_____(Address)_____  _(Apt#)_  _(City)_  _(State)_  _(Zip Code)_
within the county of **CUYAHOGA** on the **18** day of **JUNE**, 2021 at **1:55 P** .m. by delivering to **The Kaplan Trucking Company, by delivering to its Registered Agent, Dave Ferrante**, in person, a true copy of the Citation together with a true and correct copy of the Plaintiff's Original Petition filed in this cause, having first endorsed thereupon the date of delivery.

**DESCRIPTION: 44/WM/5'9/170/SALT/PEPP HAIR**

By: _____

Private Process Server
**BENJAMIN PURSER**

**VERIFICATION**

BEFORE ME, a Notary Public, on this day personally appeared **BENJAMIN PURSER** known to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and correct and that he is not a party to this lawsuit and has no interest in the outcome. Given under my hand and seal of office this **18** day of **JUNE**, 2021.

_____

Notary Public, State of Ohio
**CATHRENE DRAKE**

Cathrene M. Drake
Resident Summit County
Notary Public, State of Ohio
My Commission Expires:
July 7, 2024

EXHIBIT B

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO 202135683

Receipt No. 921680      TR # 73880441
EML

PLAINTIFF: DAVENPORT, KAMERON

vs.

DEFENDANT: HENSLEY, ASHLEY

In the 152nd Judicial

District Court of

Harris County, Texas

CITATION (OHIO)

THE STATE OF TEXAS
County of Harris

<u>TO THE SHERIFF OR ANY CONSTABLE OR OTHER AUTHORIZED PERSON</u>

TO:   THE KAPLAN TRUCKING COMPANY (A CORPORATION) MAY BE SERVED BY SERVING ITS
REGISTERED AGENT DAVE FERRANTE
     8777 ROCKSIDE ROAD
     CLEVELAND OH 44125
        Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.  This instrument was filed on June 14,
2021, in the above cited cause number and court.  The instrument attached describes the claim against you.

        You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer
with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.
These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out
more at TexasLawHelp.org.

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said District court of the
Judicial District of the State of Texas, in and for Harris County, on June 16, 2021.

Marilyn Burgess

 Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY,  T E X A S
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
ODETUNDE, ADEWALE SHAMUSIDEEN JR.
10440 NORTH CENTRAL EXPY. SUITE 400
DALLAS, TX  75231
214-378-6665

Bar No:  24088146
CECILIA THAYER

Generated By:

EXHIBIT B

Tracking Number: 73880441

EML

CAUSE NUMBER: 202135683

CERTIFICATION

TO THE SHERIFF OF COUNTY, OHIO:

The 152ndJudicial Court of Harris County, Texas has authority to issue the legal documents for service upon residents and corporations in the State of Ohio.

The issued legal documents for residents and corporations in the State of Ohio do conform with the laws of the State of Texas.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Houston, Texas, onJune 16, 2021.

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY,  T E X A S

Generated By: CECILIA THAYER

EXHIBIT B

EML

Tracking Number: 73880441

### CAUSE NUMBER: 202135683

PLAINTIFF: DAVENPORT, KAMERON

vs.

DEFENDANT: HENSLEY, ASHLEY

In the 152nd Judicial

District Court of

Harris County, Texas

*OFFICER/AUTHORIZED PERSON RETURN*

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, 20__.

Executed at (address) _____ in _____ County

at _____ o'clock _____ .M., on the _____ day of _____, 20__, by delivering to

_____ defendant, in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the _____

Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20__.

FEE: $ _____

_____

_____ of _____County, Texas

by _____
                          Deputy

_____
                  Affiant

On this day, _____, known to me to be the person whose signature appears on the

foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed

by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on _____, 20__.

_____
                  Notary Public

EXHIBIT B

7/9/2021 7:55 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55182691
By: KATINA WILLIAMS
Filed: 7/9/2021 7:55 AM



Kris M. Stockberger
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Kris.Stockberger@lewisbrisbois.com
Direct: 832.460.4634

July 7, 2021

*Via Email* *Adewale.Odetunde@WiteriteLaw.com*
Adewale Odetunde
10440 N. Central Expressway, Suite 400
Dallas, Texas 75231-2228

Re:     Cause No. 202135683; *Kameron Davenport v. Ashley Hensley, et al.*; In the
152nd Judicial District Court of Harris County, Texas.

### Rule 11 Agreement

Counsel:

Please sign below where indicated to confirm Plaintiff's agreement to extend the deadline
for all Defendants to file responsive pleadings in the reference lawsuit until July 26, 2021,
and return to me. I appreciate your professional courtesy.

AGREED:

_____
Attorney for Plaintiff,
Kameron Davenport

                    Very truly yours,

                     */s/ K. Stockberger*
                    Kris M. Stockberger of
                    **LEWIS BRISBOIS BISGAARD & SMITH** LLP

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY

LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK

NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA

4852-3283-0961.1

EXHIBIT B